UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**ROBERT ALLEN WAYNE PEDIGO**                              **PLAINTIFF**

v.                                                          **CIVIL ACTION NO. 1:17CV-P160-GNS**

**NURSING STAFF SOUTHERN KENTUCKY
HEALTH PARTNERS** *et al.*                                            **DEFENDANTS**

## **MEMORANDUM OPINION**

Plaintiff Robert Allen Wayne Pedigo, a convicted state inmate, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 against "Nursing Staff Southern Kentucky Health Partners" and Barren County Jailer Mark Belomy in their official capacities alleging that he was denied medical and mental health care during his detention in the Barren County Jail.

By Memorandum Opinion and Order entered March 5, 2018 (DN 7), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed the official-capacity claims against Defendants "Nursing Staff Southern Kentucky Health Partners" and Jailer Belomy pursuant to § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Before dismissing the action, however, the Court provided Plaintiff with an opportunity to file an amended complaint to name the person or persons involved in his claims that he was being denied medical and mental health treatment at Barren County Jail; to sue them in their individual capacity; and to describe the facts surrounding each Defendant's involvement in his claims. *See LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013) ("[U]nder Rule 15(a) a district court can allow a plaintiff to amend his complaint even when the complaint is subject to dismissal under the PLRA [Prison Litigation Reform Act]."). The Court advised Plaintiff that his failure to file an amended complaint within 30 days from entry of the Memorandum Opinion

and Order would result in the entry of a final Order dismissing the entire action for the reasons stated therein.

The 30-day period has expired, and the record reflects that Plaintiff has not filed an amended complaint. Therefore, the Court will enter a separate Order dismissing this action.

Date: June 27, 2018

**Greg N. Stivers, Judge**
**United States District Court**

cc: Plaintiff, *pro se*
      Barren County Attorney
4416.005